■ ENGLISH EXPORTERS (LONDON) LTD. et al., Respondents, v PEAT, MARWICK, MITCHELL & Co., Appellant.—Order, Supreme Court, New York County (Irma Vidal Santaella, J.), entered on June 9, 1989, unanimously affirmed for the reasons stated by Irma Vidal Santaella, J., without costs and without disbursements. Concur—Carro, J. P., Kassal, Ellerin, Wallach and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES CARVALHO, Also Known as CHARLES CARAVALLO, Also Known as CHARLES CARVALLO, Appellant.—Judgment, Supreme Court, Bronx County (Harold Silverman, J.), rendered on April 18, 1986, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Carro, J. P., Kassal, Ellerin, Wallach and Rubin, JJ.